UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------
THE UNITED STATES OF AMERICA

                                      **SPEEDY TRIAL AFFIDAVIT**

vs.

RAYMOND KRUG and                Docket No. 14-CR-102-S
JOSEPH WENDEL,

          Defendants.
-------------------------------------------------------

STATE OF NEW YORK  )
COUNTY OF ERIE       ) SS.:
CITY OF BUFFALO     )

    **RAYMOND M. KRUG**, being duly sworn, deposes and says that:

1. I am a police officer with the Buffalo Police Department in Buffalo, New York, and I am the defendant in this matter. In this action, I am represented by the law firm of **CONNORS LLP**. As such, I am fully familiar with the pleadings and proceedings to date in this action.

2. I make this affidavit to explicitly waive my constitutional and statutory speedy trial rights from April 11, 2018, until May 7, 2018.

3. As the defendant in this matter, I understand I have a right to a fair, public, and speedy trial.

4. I understand that I have these rights under the United States Constitution and the Speedy Trial Act, 18 U.S.C. § 3161(h).

5. In 2014, I selected and retained Connors LLP in Buffalo, New York, to represent me in this matter and, in particular, Terrence M. Connors, Esq., to serve as my lead counsel.

6. Due to Mr. Connors's trial schedule, I understand that he is unable to try this case for at least several weeks.

7. Because I still wish to be represented by Connors LLP, I expressly agree that the time between April 11, 2018, and May 7, 2018, should be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h).

8. Accordingly, please accept this affidavit as an express waiver of my constitutional and statutory speedy trial rights for the time between April 11, 2018, and May 7, 2018.

_____
Raymond M. Krug

Sworn to before me this
13th day of April, 2018.

_____
Notary Public

NICHOLAS A. ROMANO
Notary Public, State of New York
Qualified in Erie County
My Commission Expires Feb. 3, 20 22